**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov
_x_ _Third Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** Paris R. Clark             **JOINT DEBTOR:** _____CASE NO. 17-15397-BKC-AJC___
**Last Four Digits of SS# x7063**       **Last Four Digits of SS# x_____**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _60_ months. In the event that the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.  $1,988.43 for months 1 to 60; in order to pay the following creditors:

**Administrative**:
Attorney's Fees:
Total Attorney Fees and Costs Due:  $4,230.00 ($3,650.00, $20.00 title report, $35.00 credit report, $525.00 mtn value)
Total Paid $0.00
Total Balance Due under Plan:  $4,230.00
Payable: $352.50/mo. (Mos. 1 - 12)

**Secured Creditors:** [Retain liens pursuant to 11 USC section 1325 (a)(5)] Mortgage/Liens on real or personal property:

1._ Bank of America, N.A.
Address: 101 S. Tryon St.
Charlotte, NC 28255
Account No.: x5843_____

                                    ___x___ Arrearge ____ Payoff Secured Claim on Petition Date $15,826.32
                                                   Payment $65.07/month (Months 1 to 12)
                                    _____     Payment $349.90/month (Months 13 to 55)
                                                   Regular Payment $1,356.73/month (Months 1 to 55)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO FRBP 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Cig Financial PO Box 19795 Irvine, CA 92623 | 2006 Jeep Cherokee<br><br>Value of Collateral $3,300.00<br><br>Payoff Secured Claim: $3,354.24 | 5.0% | $15.46<br><br>$83.14 | 1 - 12<br><br>13 – 55 | $3,760.20 |

**Priority Creditors:** [as defined in 11 USC section 507]
1. US Dept. Treasury, IRS_____     Total Due $5,157.38
                       Payable $1,031.48/mo. (Mos. 56 to 60)

**Unsecured Creditors:** Pay $758.13/mo. (Mos. 56 to 60).  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other provisions not included above:**

**Pay Direct Provision**

The Debtor(s) intend to make contractual payment directly to the following creditor(s):
Miami-Dade County Tax Collector - for property taxes on 17202 N.W. 9th Ct., Miami, Florida 33169.

Dated: September 1, 2017

_____/s/_____
Jordan E. Bublick

**Jordan E. Bublick, P.A.,  Jordan E. Bublick, Fla. Bar No. 381624, Attorney for Debtor(s), 1801 N.E. 123rd St., Suite 314, North Miami, FL 33181  Tel.: (305) 891-4055 Fax: (305) 503-7231 E-Mail: jbublick@bublicklaw.com**

LF-31 (rev. 1/8/10)